NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRIMAR SYSTEMS, INC., DBA CMS TECHNOLOGIES, INC., CHRIMAR HOLDING COMPANY, LLC,**
*Plaintiffs-Cross-Appellants,*

v.

**ALE USA INC., FKA ALCATEL-LUCENT ENTERPRISE USA, INC.,**
*Defendant-Appellant.*

---

2017-1848, -1911

---

Appeals from the United States District Court for the Eastern District of Texas in No. 6:15-cv-00163-JDL, Magistrate Judge John D. Love.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's unopposed motion for a 60-day extension of time, until July 31, 2017, to file its opening brief,

2            CHRIMAR HOLDING COMPANY, LLC v. ALE USA INC.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

May 11, 2017      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court

m2